AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00195 |
| Scott Slater Sr. | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 6/4/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Scott Slater Sr._____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - obstructing officers during a civil disorder;
18 U.S.C. §1752(a)(1) - entering or remaining in restricted buildings or grounds;
18 U.S.C. § 1752(a)(2) - disorderly or disruptive conduct in a restricted building or grounds;
40 U.S.C. § 5104 (e)(2)(D) - disorderly or disruptive conduct in a Capitol Building or Grounds.

Date: __06/04/2024__                    _/s/ Zia M. Faruqui_
                                        Issuing officer's signature

City and state:  Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
                                        Printed name and title

---

### Return

This warrant was received on (date) __06/04/24__, and the person was arrested on (date) __06/05/24__
at (city and state) __SAYLORSBURG PA.__

Date: __06/05/24__                      _/s/ TFO_
                                        Arresting officer's signature

                                        TFO ERIC TEMARANTZ
                                        Printed name and title